UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK A. CARASOTTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21−cv−05886 |
| ) | Honorable Edmond E. Chang |
| THE BELT RAILWAY COMPANY ) | |
| OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT REGARDING DISCOVERY PROGRESS**

Plaintiff Frank A. Carasotti ("Plaintiff") and Defendant The Belt Railway Company of Chicago ("Defendant" or "The Belt") (collectively referred to as the "Parties"), by and through their undersigned counsel, and pursuant to this Court's October 13, 2022 Order (Dkt. 22), hereby submit the following status report regarding the progress on discovery in this matter:

1.  Fact discovery closed on November 2, 2022. (Dkt. 22).

2.  There are no expert discovery or dispositive motion deadlines currently set.

3.  The Parties have reached a tentative settlement agreement and are working on finalizing the terms of the agreement.

4.  Accordingly, the Parties propose a status hearing date of December 12, 2022 solely for the purpose of tracking the status of the Parties' settlement.

5.  The Parties anticipate that they will finalize settlement prior to this date, and will file a Stipulation of Dismissal at such time.

Dated: November 10, 2022

**Respectfully Submitted,**

| FRANK A. CARASOTTI | THE BELT RAILWAY COMPANY OF CHICAGO |
|---|---|
| /s/ *Joshua D. McCann* | /s/ *Kerri Feczko* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendant |
| Joshua D. McCann (ARDC No. 6294730) | Jeff Nowak (ARDC No. 6270364) |
| Michael T. Smith (ARDC No. 6180407) | Kerri Feczko (ARDC No. 6320598) |
| **LAW OFFICES OF MICHAEL T. SMITH** | LITTLER MENDELSON, P.C. |
| 10 N. Martingale Road, Suite 400 | 321 North Clark Street, Suite 1100 |
| Schaumburg, Illinois 60173 | Chicago, IL 60654 |
| Telephone: 847.466.1099 | Telephone: 312.372.5520 |
| msmith39950@aol.com | jnowak@littler.com |
| jdmccann@chicagolegalcounsel.com | kfeczko@littler.com |

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on November 10, 2022, she caused a copy of the foregoing ***Joint Status Report Regarding Progress on Discovery*** to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system, which sent notification of such filing to all Filing Users:

>Michael T. Smith
>Joshua D. McCann
>Law Offices of Michael T. Smith & Associates, P.C.
>10 N. Martingale Road, Suite 400
>Schaumburg, Illinois 60173
>Schaumburg, IL 60173
>msmith39950@aol.com
>jdmccann@chicagolegalcounsel.com

>*/s/Kerri Feczko*
>Kerri Feczko