**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Frank A. Carasotti

                        Plaintiff,

v.                                                Case No.: 1:21−cv−05886

                                                                Honorable Edmond E. Chang

The Belt Railway Company of Chicago

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable Edmond E. Chang:The parties have filed a stipulated dismissal with prejudice pursuant to a settlement. R. 25. But the stipulation also asks the Court to retain jurisdiction to enforce the confidential settlement. There is some concern over retention of jurisdiction when a dismissal **with** prejudice has been entered. See Judge Chang's website, the link entitled Settlement Dismissal Orders. Given the nature of the case, presumably the exchange of consideration is the primary implementation to be accomplished. So, pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed without prejudice and with full leave to reinstate via motion filed by 01/30/2023. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The parties also may file the stipulated dismissal with prejudice (and without the jurisdiction−retention request) before the deadline. If the parties need more time to exchange consideration, then they may file for an extension. Status hearing of 12/23/2023 for Judge Chang is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.